October 30, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

JOHN TERMEER, Appellant

NO. 14-13-00995-CV               V.

RAMON MARTINEZ AND WENONA MARTINEZ, Appellees

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on July 18, 2013. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, John Termeer.

We further order this decision certified below for observance.